No. 09-11482. Ruben Diaz, Petitioner v. United States.

562 U.S. 883, 131 S. Ct. 207, 178 L. Ed. 2d 125, 2010 U.S. LEXIS 6595.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

No. 09-11483. Leroy Morales, Petitioner v. United States.

562 U.S. 883, 131 S. Ct. 207, 178 L. Ed. 2d 125, 2010 U.S. LEXIS 6639.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 590 F.3d 1049.

No. 09-11484. Daniel Oglesby, Petitioner v. Michael Bowersox, Warden.

562 U.S. 883, 131 S. Ct. 207, 178 L. Ed. 2d 125, 2010 U.S. LEXIS 7050.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 592 F.3d 922.

No. 09-11486. Robert Glen Davis, Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.

562 U.S. 883, 131 S. Ct. 208, 178 L. Ed. 2d 125, 2010 U.S. LEXIS 6912.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

No. 09-11487. Perla Icela Cuevas Lugo, Petitioner v. United States.

562 U.S. 883, 131 S. Ct. 208, 178 L. Ed. 2d 125, 2010 U.S. LEXIS 6566.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

No. 09-11488. Alec Mathews, Petitioner v. United States.

562 U.S. 883, 131 S. Ct. 208, 178 L. Ed. 2d 125, 2010 U.S. LEXIS 7090.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

No. 09-11490. Byron Van Branch, Jr., Petitioner v. United States.

562 U.S. 883, 131 S. Ct. 208, 178 L. Ed. 2d 125, 2010 U.S. LEXIS 6765.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 368 Fed. Appx. 842.